UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

United States District Court
Southern District of Texas
FILED

OCT 2 8 2014

David J. Bradley, Clerk

| UNITED STATES OF AMERICA | § | | |
|---|---|---|---|
| | § | | |
| v. | § | Criminal No. | M-14-1611 |
| | § | | |
| JOSE PORFIRIO DE LEON | § | | |

## INDICTMENT

**THE GRAND JURY CHARGES:**

On or about April 9, 2014, in the Southern District of Texas and within the jurisdiction of the Court, defendant,

**JOSE PORFIRIO DE LEON**

knowingly aimed the beam of a laser pointer at a Department of Public Safety DPS aircraft, DPS 118, an aircraft in the special aircraft jurisdiction of the United States, or at the flight path of such an aircraft.

In violation of Title 18, United States Code, Section 39A.

A TRUE BILL

_____
FOREPERSON

KENNETH MAGIDSON
UNITED STATES ATTORNEY

_____
ASSISTANT UNITED STATES ATTORNEY