U.S. Department of Justice  
Washington, D.C.

Criminal Docket

10/20/2014/mt

__McALLEN__ Division

CR. No. **M- 14 - 1611**

Judge: __RICARDO H. HINOJOSA__

**INDICTMENT**  Filed: __October 28, 2014__

County: Hidalgo

Lions #: **2014R18091**

Attorneys:

UNITED STATES OF AMERICA

__KENNETH MAGIDSON, U. S. ATTORNEY__

v.

__STEVEN T. SCHAMMEL, ASST. U.S. ATTORNEY__

__JOSE PORFIRIO DE LEON__   Ct. 1

--WARRANT--

Charge(s): Ct. 1: Aiming a laser pointer at an aircraft.  
Title 18, United States Code, Section 39A.

Total Counts  
**(1)**

Penalty: Ct. 1: Imprisonment for not more than 5 yrs. and/or a fine not to exceed $250,000 and not more than a 3 yr. SRT

Agency: Federal Bureau of Investigation – Ezel Robert Garcia – 149A-SA-4798530

Proceedings

Date